FRICKER & CREECH & ASSOCIATES
Timothy J. Fricker, Esq. 183309
Karen Creech, Esq. 168023
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel: (510) 663-8484
Fax: (510) 663-0639

Attorneys for Plaintiff
Carmen Apodaca

WILSON, ELSER, MOSKOVITZ,
 EDELMAN & DICKER, LLP
Adrienne C. Publicover, Esq. 161432
Dennis Rhodes Esq. 168417
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant
Pinnacle Law Group Long Term Disability Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN APODACA, | Case No.: CV-02589-JSW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER] TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE** |
| PINNACLE LAW GROUP LONG TERM DISABILITY PLAN | **Civil L. R. 16-9(a)** |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

PLAINTIFF CARMEN APODACA, by and through her attorney of record, Timothy J. Fricker, Esq., and Defendant PINNACLE LAW GROUP LONG TERM DISABILITY PLAN by and through its attorney of record Dennis Rhodes, Esq., hereby stipulate to, and also respectfully

1 request, that the Initial Case Management Conference set for Friday October 1, 2010 be

2 continued to either October 8, 2010 or October 22, 2010.  The reason for this request is that

3 plaintiff's counsel is unavailable on October 1, 2010.

4 Respectfully submitted

5 Date: September 28, 2010                               FRICKER & CREECH & ASSOCIATES

6

7                                                                             By  /s/
                                                                                  Timothy J. Fricker
                                                                                  Attorneys for Plaintiff
8

9 Dated: September 28, 2010                            WILSON, ELSER, MOSKOVITZ,
                                                                                  EDELMAN & DICKER, LLP
10

11                                                                          By  /s/
                                                                                  Dennis Rhodes
12                                                                          Attorneys for Defendant

13                                                      ORDER
   Although late-filed, the request is granted.
14             ~~GOOD CAUSE APPEARING~~, the Case Management Conference scheduled for October

15 1, 2010 at 1:30 p.m., is hereby continued to  October 8  , 2010 at 1:30.

16 Dated: __September 28__, 2010.

17 _/s/ Jeffrey S. White_
   Hon. Jeffrey S. White
18

19

20

21

22

23

24

25

26

27
   Apodaca v. Pinnacle Law Group LTD Plan, CV-02589-JSW, Stipulation, Request and
28 [Proposed] Order to Continue CMC                                                                Page 2