1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES (168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
5  Tel.: (415) 433-0990
   Fax: (415) 434-1370
6
   Attorneys for Defendant
7  PINNACLE LAW GROUP
   LONG TERM DISABILITY INSURANCE PLAN
8

9  FRICKER & CREECH & ASSOCIATES
   TIMOTHY J. FRICKER (SBN 183309)
10 KAREN CREECH (SBN 168023)
   Tribune Tower
11 409 13th Street, 17th Floor
   Oakland, CA 94612
12 Tel: (510) 663-8484
   Fax: (510) 663-0639
13
   ATTORNEYS FOR PLAINTIFF CARMEN APODACA
14

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN APODACA,<br><br>        Plaintiff,<br><br>vs.<br><br>PINNACLE LAW GROUP LONG TERM DISABILITY PLAN,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 3:10-cv-02589-JSW<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION;** [Proposed] **ORDER** |

      Plaintiff Carmen Apodaca and defendant Pinnacle Law Group Long Term Disability Plan, by and through their attorneys of record, hereby stipulate and request that this Court continue the mediation completion date to February 14, 2011, for good cause as follows:

1

On September 28, 2010 the Court ordered the parties to participate in the ADR program according to their request to utilize the Court's ADR mediation program. The Court also ordered a mediation completion date of December 27, 2010. On October 8, 2010 the parties were notified of the mediator assigned to their case and a Pre-Mediation Conference call was held on November 4, 2010.

With the scheduling issues confronting counsel for both parties and the representative for defendant, and the upcoming holidays, additional time will be needed to complete mediation. Therefore, the Parties request an extension of the mediation completion date to February 14, 2011.

RESPECTFULLY SUBMITTED:

Dated: December 1, 2010    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorney for Defendant
PINNACLE LAW GROUP LONG TERM DISABILITY INSURANCE PLAN

Dated: December 1, 2010    FRICKER & CREECH & ASSOCIATES

By: /s/ Timothy J. Fricker
TIMOTHY J. FRICKER
KAREN CREECH
Attorney for Plaintiff CARMEN APODACA

## ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERD THAT:** the mediation completion date is continued from December 27, 2010, to February 14, 2011. In addition, the deadline of January 14, 2011 to hear a motion on the standard of review is VACATED and shall be reset by Court order upon submission of proposed stipulation, if necessary.

Date: December 1, 2010    By: [signature]
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2