**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CARMEN APODACA,<br>    Plaintiff, | No. C 10-2589 JSW |
| v. | **ORDER RE: ATTENDANCE** |
| PINNACLE LAW GROUP LONG TERM<br>DISABILITY PLAN,<br>    Defendant.<br>_____/ | Date:       February 14, 2011<br>Mediator:  Michael Sobel |

   IT IS HEREBY ORDERED that the request for defendant Pinnacle Law Group Long Term Disability Plan's representative, Karen McGill, to attend telephonically the February 14, 2011 mediation before Michael Sobel is GRANTED.  Ms. McGill shall be available to participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

January 18, 2011                        By:          *Elizabeth D. Laporte*
Dated                                                       Elizabeth D. Laporte
                                                               United States Magistrate Judge