1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES (168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
5  Tel.: (415) 433-0990
   Fax: (415) 434-1370
6

7  Attorneys for Defendant
   PINNACLE LAW GROUP
8  LONG TERM DISABILITY INSURANCE PLAN

9  FRICKER & CREECH & ASSOCIATES
   TIMOTHY J. FRICKER (SBN 183309)
10 KAREN CREECH (SBN 168023)
   Tribune Tower
11 409 13th Street, 17th Floor
   Oakland, CA  94612
12 Tel: (510) 663-8484
   Fax: (510) 663-0639
13
   ATTORNEYS FOR PLAINTIFF CARMEN APODACA
14

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN APODACA,<br><br>            Plaintiff,<br><br>vs.<br><br>PINNACLE LAW GROUP LONG TERM DISABILITY PLAN,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 3:10-cv-02589-JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Defendant Pinnacle Law Group Long Term Disability Plan ("the Plan"), and plaintiff Carmen Apodaca ("Plaintiff"), (collectively the Plan and Plaintiff referred to hereinafter as "the Parties"), hereby stipulate that the above-captioned matter and all claims of relief therein can be dismissed with prejudice in its entirety as to all parties pursuant to the parties' agreement to resolve the claim. Each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED:

Dated: June 20, 2011   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorney for Defendant
PINNACLE LAW GROUP LONG TERM DISABILITY INSURANCE PLAN

Dated: June 20, 2011   FRICKER & CREECH & ASSOCIATES

By: /s/ Timothy J. Fricker
TIMOTHY J. FRICKER
KAREN CREECH
Attorney for Plaintiff CARMEN APODACA

**ORDER**

**IT IS SO ORDERED.**

Date: June 20, 2011   By: *Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE